DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com

*Attorney for Defendants*
*Ambient Edge, LLC and Friendly*
*Home Services Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERESITA GAETOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMBIENT EDGE, LLC, a Delaware limited liability company; FRIENDLY HOME SERVICES GROUP, LLC, a Texas limited liability company,<br><br>Defendants. | Case No.: 2:24-cv-02380-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Teresita Gaetos, by and through her counsel, the law firm of Greenberg Gross LLP, and Defendants, Ambient Edge, LLC and Friendly Home Services Group, LLC, by and through their counsel, the law firm of Jackson Lewis P.C., that pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the above entitled action

/ / /

/ / /

/ / /

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

1

is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 15th day of December, 2025.

| **GREENBERG GROSS LLP** | **JACKSON LEWIS P.C.** |
|---|---|
| */s/ Matthew T. Hale* | */s/ Deverie J. Christensen* |
| Jemma E. Dunn, NV Bar #16229 | Deverie J. Christensen, NV Bar #6596 |
| Michael A. Burnette, NV Bar #16210 | 300 S. Fourth Street, Suite 900 |
| Matthew T. Hale, NV Bar #16880 | Las Vegas, Nevada 89101 |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | *Attorney for Defendants Ambient Edge, LLC and Friendly Home Services Group, LLC* |
| *Attorneys for Plaintiff* | |

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear their own costs and fees. The Clerk of Court is kindly instructed to close this case.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: December 16, 2025

4898-9914-6752, v. 1